```
                                                        F I L E D
                                                   IN CLERK'S OFFICE
                                                U.S. DISTRICT COURT E.D.N.Y.

                                                   ★  MAR 18 2025  ★
JLG:SSA
F. #2025R00151                                     LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    I N D I C T M E N T

    - against -                          Cr. No. CR25    96
                                            (T. 18, U.S.C., §§ 111(a)(1), 111(b)
MATTHEW GIGLIO,                             and 3551 et seq.)

           Defendant.                   **BULSARA, J.**

- - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    LOCKE, M. J.

THE GRAND JURY CHARGES:

<u>ASSAULT OF FEDERAL OFFICERS</u>

On or about February 25, 2025, within the Eastern District of New York, the defendant MATTHEW GIGLIO did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with one or more officers and employees of the United States, to wit: three Deputy United States Marshals ("DUSM-1," "DUSM-2" and "DUSM-3") (the "DUSMs") and two Court Security Officers at the United States Courthouse for the Eastern District of New York ("CSO-1" and "CSO-2") (the "CSOs"), individuals whose identities are known to the Grand Jury, while such officers and employees were engaged in, and on account



of, the performance of official duties, and such act involved physical contact with the DUSMs and CSOs and inflicted bodily injury to DUSM-1 and CSO-1.

(Title 18, United States Code, Sections 111(a)(1), 111(b) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOHN J. DURHAM
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK